```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IRIS JIMENEZ,

                         Plaintiff,              1:25-cv-177-GHW

-v-                                         ORDER

SUL 620/564 LLC, *et al.*,

                        Defendants.

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On September 23, 2025, counsel for Defendant Jako Enterprises filed a stipulation of withdrawal. Dkt. No. 22. Because the filing did not include a request to the Court, the Court will not act on the stipulation of withdrawal at this time.

Pursuant to Local Rule 1.4, an attorney may only be relieved or displaced by order of the Court. If counsel wishes to move for leave to withdraw, any such motion must comply fully with the requirements of Local Rule 1.4. Local Rule 1.4 also requires that an attorney appearing on behalf of a party file a notice of appearance. The Court expects that any attorney seeking to withdraw will file a motion requesting leave to withdraw, and any attorney appearing on behalf of a party will file a notice of appearance.

The Court is in receipt of Defendant SUL 620/564 LLC's request to adjourn the conference currently scheduled for October 14, 2025 at 4:00 p.m. Dkt. No. 25. That request is granted, and the conference is adjourned until October 24, 2025 at 3:00 p.m. The Court will discuss Defendant Jako Enterprises' request for extension of discovery deadlines during that conference. The parties are directed to the Court's prior order regarding what constitutes "good cause" in a request for extension of discovery deadlines. Dkt. No. 21.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: October 13, 2025

                                                    GREGORY H. WOODS
                                                    United States District Judge