```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IRIS JIMENEZ,

                        Plaintiff,

                            1:25-cv-177-GHW

        -v -

                            <u>ORDER</u>

SUL 620/564 LLC, *et al.*,

                      Defendants.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     A jury trial in this matter will begin on **Monday, March 16, 2026 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Friday, February 20, 2026 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

     The parties are directed to submit the following materials no later than **January 16, 2026**: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

     SO ORDERED.

Dated:  October 24, 2025
New York, New York

                                                      GREGORY H. WOODS
                                                  United States District Judge